# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-6705-GW(Ex) | Date | February 19, 2013 |
|---|---|---|---|
| Title | *Billion International Trading, Inc. v. Universal Sportswear, Inc., et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):    COURT ORDER**

The Court has received Plaintiff's Response to the Continued Order to Show Cause Why This Case Should Not Be Dismissed for Lack of Prosecution as to Defendant Tanu (U.S.A.), Inc., filed on February 7, 2013. Plaintiffs' request for a continuance of the order to show cause is GRANTED. An Order to Show Cause hearing is set for **March 18, 2013 at 8:30 a.m.** There will be no further continuances.

:

Initials of Preparer  JG